**SHEA & SHEA**
A PROFESSIONAL LAW CORPORATION
MICHAEL M. SHEA (State Bar No. 38396)
MICHAEL M. SHEA, JR. (State Bar No. 126983)
MARK B. O'CONNOR (State Bar No. 126980)
NICOLE N. HANCOCK (State Bar No. 221457)
THE JAMES SQUARE BUILDING
255 NORTH MARKET STREET, SUITE 190
SAN JOSE, CA 95110
Phone: (408) 292-2434
Fax   : (408) 292-1264

*E-FILED 9/21/05*

Attorneys for Plaintiff CLINT E. MILLER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CLINT E. MILLER, | Case No. 5:04-CV-02592-RS |
| Plaintiff, | **STIPULATION TO EXTEND THE DEADLINE TO COMPLETE THE MEDIATION SESSION AND PROPOSED ORDER** |
| vs. | |
| ROCKY ALLEN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their attorneys of record, as follows:

1. This matter was initially set for mediation on October 14, 2005 before the court appointed mediator, Perry A. Irvine, Esq. The Notice of Appointment of Mediator was received June 27, 2005 from the court.

2. The 120-day jurisdiction to have completed the mediation expires October 21, 2005.

3. Due to the scheduling of necessary depositions and medical examinations, the parties would like to reschedule the mediation to November 30, 2005. Such that the mediation will be meaningful and all parties have the appropriate information.

-1-

1   4. The parties have agreed to rescheduling the mediation to November 30, 2005, at 1:30
2   p.m., with Perry A. Irvine, Esq. Mr. Irvine is available at that date and time.
3   5. The parties respectfully request that the Court extend the deadline to complete the
4   mediation session and to permit the new mediation date and time of November 30, 2005, at 1:30 p.m.
5   The parties stipulate and the mediator consents, to such an extension.
6   6. The parties further request that the Further Case Management hearing currently
7   scheduled for October 26, 2005 at 2:30 p.m., be continued to allow sufficient time for the mediation to
8   be completed and be scheduled for sometime in December.
9   7. The parties and mediator agree that this Stipulation and consent is valid when signed in
10  counterparts.

**IT IS SO STIPULATED.**

DATED: September 20, 2005        **SHEA & SHEA**

By: _____
MICHAEL M. SHEA
Attorneys for Plaintiff

DATED: September ___, 2005       **LAW OFFICES OF VINCENT B. McLORG**

By: _____
VINCENT B. McLORG
Attorneys for Defendant
Rocky Allen

DATED: September ___, 2005       **LAW OFFICES OF PERRY A. IRVINE**

By: _____
PERRY A. IRVINE, ESQ.
Mediator

-2-

1      4.     The parties have agreed to rescheduling the mediation to November 30, 2005, at 1:30 p.m., with Perry A. Irvine, Esq. Mr. Irvine is available at that date and time.

5.     The parties respectfully request that the Court extend the deadline to complete the mediation session and to permit the new mediation date and time of November 30, 2005, at 1:30 p.m. The parties stipulate and the mediator consents, to such an extension.

6.     The parties further request that the Further Case Management hearing currently scheduled for October 26, 2005 at 2:30 p.m., be continued to allow sufficient time for the mediation to be completed and be scheduled for sometime in December.

7.     The parties and mediator agree that this Stipulation and consent is valid when signed in counterparts.

**IT IS SO STIPULATED.**

DATED: September 10, 2005         SHEA & SHEA

By: _____
MICHAEL M. SHEA
Attorneys for Plaintiff

DATED: September 16, 2005         LAW OFFICES OF VINCENT B. McLORG

By: _____
VINCENT B. McLORG
Attorneys for Defendant
Rocky Allen

DATED: September ___, 2005         LAW OFFICES OF PERRY A. IRVINE

By: _____
PERRY A. IRVINE, ESQ.
Mediator

-2-

Miller v. Allen                         Case No. 5:04-CV-02592RS
STIPULATION TO EXTEND THE DEADLINE
TO COMPLETE THE MEDIATION SESSION AND PROPOSED ORDER

1  4. The parties have agreed to rescheduling the mediation to November 30, 2005, at 1:30
2  p.m., with Perry A. Irvine, Esq. Mr. Irvine is available at that date and time.
3  5. The parties respectfully request that the Court extend the deadline to complete the
4  mediation session and to permit the new mediation date and time of November 30, 2005, at 1:30 p.m.
5  The parties stipulate and the mediator consents, to such an extension.
6  6. The parties further request that the Further Case Management hearing currently
7  scheduled for October 26, 2005 at 2:30 p.m., be continued to allow sufficient time for the mediation to
8  be completed and be scheduled for sometime in December.
9  7. The parties and mediator agree that this Stipulation and consent is valid when signed in
10 counterparts.

11
12 **IT IS SO STIPULATED.**

DATED: September ___, 2005    **SHEA & SHEA**
13
14
15                              By: _____
                                    MICHAEL M. SHEA
16                                  Attorneys for Plaintiff

17 DATED: September ___, 2005    **LAW OFFICES OF VINCENT B. McLORG**
18
19                              By: _____
                                    VINCENT B. McLORG
20                                  Attorneys for Defendant
21                                  Rocky Allen

22 DATED: September  /9 , 2005   **LAW OFFICES OF PERRY A. IRVINE**
23
24                              By: /s/ Perry A. Irvine
25                                  PERRY A. IRVINE, ESQ.
                                    Mediator
26
27

-2-

Miller v. Allen                                              Case No. 5:04-CV-02592RS
STIPULATION TO EXTEND THE DEADLINE
TO COMPLETE THE MEDIATION SESSION AND PROPOSED ORDER

-2-

1  IT IS ORDERED **that the 120 day time limit to schedule the mediation be extended and
2  allow the mediation session to be heard on November 30, 2005 and that the Further Case
3  Management Conference of October 26, 2005, be continued to December** 14 **, 2005 at 2:30
4  p.m. in Dept. 4, 5th Floor.**

5
   DATED: 9/21/05
6

7                                                By: /s/ Richard Seeborg
                                                     RICHARD SEEBORG
8                                                    United States Magistrate Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

-3-

# PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. I am employed by SHEA & SHEA, 255 North Market Street, Suite 190, San Jose, California, 95110, in the office of a member of the bar of this court at whose direction the service was made. I am readily familiar with SHEA & SHEA's practice for collection and processing of documents for delivery by way of the service indicated below:

(X)  [BY U.S. MAIL] By consigning such copy in a sealed envelope, First Class postage fully prepaid, in the United States Postal Service for collection and mailing and mailing and e-mail by the court at vince.mclorg@usaa.com

( )  [BY OVERNIGHT DELIVERY] By consigning such copy in a sealed envelope to Federal Express Priority Overnight courier for next business day delivery

( )  [BY HAND-DELIVERY] By consigning such copy in a sealed envelope to a messenger for guaranteed hand-delivery

( )  [BY FACSIMILE TRANSMISSION] By consigning such copy to a facsimile operator for transmittal

On September 20, 2005 in accordance with ordinary business practices, I caused to be served in the manner identified above the attached **STIPULATION TO EXTEND THE DEADLINE TO COMPLETE THE MEDIATION SESSION AND PROPOSED ORDER For Defendant Rocky Allen**

Vincent B. McLorg, Esq.
LAW OFFICES OF VINCENT B. MCLORG
One Post Street, Suite 3500
San Francisco, CA 94104-5239
Phone:   (415) 788-1313
Fax:     (415) 788-2926

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct and that this Declaration was executed on September 20, 2005, at San Jose,
3  California.

4

5                                                              /s/
                                                    Leticia Olmos

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CASE NAME: MILLER v. ALLEN                                    CASE NO: C04 02592RS
                                                              PROOF OF SERVICE