Vincent B. McLorg, Esq. (State Bar No. 71907)
LAW OFFICES OF VINCENT B. McLORG
One Post Street, Suite 3500
San Francisco, California 94104-5239
Phone (415) 788-1313
Fax (415) 788-2926

*E-FILED 11/30/05*

Attorneys for Defendant,
ROCKY ALLEN

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLINT E. MILLER,<br><br>            Plaintiff,<br><br>vs.<br><br>ROCKY ALLEN,<br><br>            Defendant. | Case No: C04-02592 RS<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION AND** ~~**PROPOSED**~~ **ORDER RE: SAME**<br><br>Trial Date: April 17, 2006 |

    IT IS HEREBY STIPULATED by the parties, through their respective counsel of record, and the mediator appointed in this action, as follows:

    1.    This matter was initially set for mediation on October 14, 2005 before the Court appointed mediator, Perry A. Irvine, Esq.  The Notice of Appointment of Mediator was received from the Court on June 27, 2005.

    2.    The initial 120-day jurisdictional period to complete the mediation was to expire on October 21, 2005.

    3.    Because of scheduling problems with the deposition of the plaintiff and arranging medical examinations for him, the parties requested an extension of the mediation deadline beyond November 30, 2005.  That request was granted by Order of the Court dated September

21, 2005.

4. Although the necessary discovery has been completed, the parties – at the defendant's request – have agreed to ask the Court for a further extension of the deadline to and including January 25, 2006.

5. The basis for this request is due to the red tape involved in the defendant's attorney's obtaining full settlement authority for this case.  Because the accident that gave rise to this litigation occurred in Germany, the procedures for obtaining settlement authority in a case with the potential exposure this case poses are even more complicated than would be the case had the accident happened in the United States.

6. The parties and the mediator have consented to a further postponement of the mediation.

7. The parties also request that the Further Case Management Conference currently scheduled on December 14, 2005 at 2:30 p.m. be continued to a date beyond January 25, 2006.

8. The parties and mediator agree that this Stipulation and consent is valid when signed in counterparts.

IT IS SO STIPULATED.

Dated:  November 29, 2005          SHEA & SHEA

                                                            By:        /s/
                                                                 MICHAEL M. SHEA,
                                                                 Attorneys for Plaintiff

Dated:  November 29, 2005          LAW OFFICES OF VINCENT B. McLORG

                                                            By:        /s/
                                                                 VINCENT B. McLORG,
                                                                Attorneys for Defendant

/ / /

/ / /

/ / /

STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION AND PROPOSED ORDER RE: SAME

Dated:  November 29, 2005          LAW OFFICES OF PERRY A. IRVINE


By:      /s/
   PERRY A. IRVINE,
   Mediator

### ORDER

On Stipulation of the parties and the mediator, and good cause appearing therefor,

IT IS HEREBY ORDERED that the time limit to schedule the mediation session in this action shall be extended to and including January 25, 2006 and that the Further Case Management Conference of December 14, 2005, be continued to  February 15 , 2006 at 2:30 p.m. in Dept. 4, 5th Floor.

Dated:  November  30 , 2005


By:   /s/ Richard Seeborg
   RICHARD SEEBORG
   United States Magistrate Judge

-3-

STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION AND PROPOSED ORDER RE: SAME