**SHEA & SHEA**
A PROFESSIONAL LAW CORPORATION
MICHAEL M. SHEA (State Bar No. 38396)
MICHAEL M. SHEA, JR. (State Bar No. 126983)
MARK B. O'CONNOR (State Bar No. 126960)
NICOLE N. HANCOCK (State Bar No. 221457)
THE JAMES SQUARE BUILDING
255 NORTH MARKET STREET, SUITE 190
SAN JOSE, CA 95110
Phone: (408) 292-2434
Fax   : (408) 292-1264

*E-FILED 2/9/06*

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CLINT E. MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>ROCKY ALLEN,<br><br>    Defendant. | Case No. C04-02592 RS ARB<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**IT IS HEREBY STIPULATED**, BY AND BETWEEN THE PARTIES TO THE ABOVE ENTITLED ACTION through their attorneys of records, as follows:

1. A mediation was scheduled for February 10, 2006, through private mediation before Justice Edward Panelli (Ret.) of JAMS.

2. On February 7, 2006, defense counsel Vince McLorg, requested that we reschedule the mediation within 2-3 weeks as he needed more time to get the appropriate authority from his carrier (had to go through Germany).

/

1  3. The mediation is currently in the process of being rescheduled to a date convenient to all
2  parties, February 23, 2006 (tentatively).
3  4. The parties request that the Case Management Conference hearing currently scheduled
4  for February 15, 2006 at 2:30 p.m., be continued to allow sufficient time for the mediation to be
5  completed and to be rescheduled for March 8, 2006 at 2:30 p.m.

**IT IS SO STIPULATED**.

DATED:_____          SHEA & SHEA

                             By: ____/s/_____
                                 NICOLE N. HANCOCK
                                 Attorneys for Plaintiff CLINT E. MILLER

DATED:_____          LAW OFFICES OF VINCENT B. McLORG

                             By: ____/s/_____
                                 VINCENT B. McLORG
                                 Attorneys for Defendant ROCKY ALLEN

IT IS ORDERED **that the Case Management Conference is continued from February 15, 2006 to March 8, 2006 at 2:30 p.m.**

DATED: 2/9/06

                             By: _____
                                 RICHARD SEEBORG
                                 United States Magistrate Judge