*E-FILED*
April 5, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLINT E. MILLER, | No. C 04-02592 RS |
|     Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| ROCKY ALLEN, | |
|     Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 31, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 7, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: April 5, 2006

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

Michael M. Shea, Jr., Esq.
Email: rr@shea_shea.com

**Counsel for Defendant(s)**

Vincent B. McLorg, Esq.
Email: vince.mclorg@usaa.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: April 5, 2006

                                    /s/ BAK
                                    Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California