| | |
|---|---|
| SHEA & SHEA<br>A PROFESSIONAL LAW CORPORATION<br>MICHAEL M. SHEA (State Bar No. 38396)<br>MICHAEL M. SHEA, JR. (State Bar No. 126983)<br>MARK B. O'CONNOR (State Bar No. 126960<br>NICOLE N. HANCOCK (State Bar No. 221457)<br>THE JAMES SQUARE BUILDING<br>255 NORTH MARKET STREET, SUITE 190<br>SAN JOSE, CA 95110<br>Phone: (408) 292-2434<br>Fax   : (408) 292-1264 | *E-FILED 4/14/06* |

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| CLINT E. MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>ROCKY ALLEN,<br><br>    Defendant. | Case No. C04-02592 RS ARB<br><br>STIPULATION OF DISMISSAL AND ORDER |

**IT IS HEREBY STIPULATED,** BY AND BETWEEN THE PARTIES TO THE ABOVE ENTITLED ACTION through their counsel of record, that the above referenced matter has settled as of March 30, 2006.

Accordingly, the parties respectfully request that the court dismiss the above-entitled matter. **IT IS SO STIPULATED.**

/ / /

/ /

/

| | |
|---|---|
| | Respectfully submitted, |
| DATED: April ____, 2006 | SHEA & SHEA |
| | By: __/s/_____<br>NICOLE N. HANCOCK<br>Attorneys for Plaintiff,<br>CLINT MILLER |
| DATED: April ___, 2006 | LAW OFFICE OF BRYCE O. WILLETT |
| | By: __/s/_____<br>BARBARA B. SCHAFER<br>Attorneys for Defendant,<br>ROCKY ALLEN |

✦✦

**ORDER**

Stipulation having been made,

IT IS HEREBY ORDERED that the above-entitled matter is dismissed and that the hearing Order to Show Cause scheduled on June 7, 2006 is vacated.

Dated: April 14, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge